UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VIDA NOBLE**<br>A 098 078 358<br><br>　　　　Plaintiff<br>v.<br><br>**Michael Chertoff**, Secretary of the<br>Department of Homeland Security,<br>**Michael Mukasey**, Attorney General of the<br>United States,<br>**Robert Mueller III**, Director of FBI<br>**Emilio T. Gonzalez,** Director, Citizenship<br>and Immigration Services<br>and **Ruth A. Dorochoff**, District Director,<br>Citizenship and Immigration Services<br><br>　　　　Defendants. | )<br>)<br>)<br>)　No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: APRIL 16, 2008<br>08CV2169    TC<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE VALDEZ |

## COMPLAINT FOR MANDAMUS

NOW COMES the Plaintiff, VIDA NOBLE, by and through her attorney, AURELIUS BUTVILAS, and complaining of the Defendants, RUTH A. DOROCHOFF, District Director of the Citizenship and Immigration Services, (CIS) and EMILIO T. GONZALEZ, Director, Citizenship and Immigration Services, ROBERT MUELLER III, Director of FBI, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and states as follows:

　　1. This action is brought against the Defendants to compel action on an application for lawful permanent resident status properly filed by the Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

**PARTIES:**

2. The Plaintiff, Vida Noble, ("Plaintiff" or "Ms. Noble") is a citizen of Lithuania. She entered the United States of America on September 19, 1997 and married Arthur Noble, a citizen of the United States, on December 4, 2004.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a). More specifically, the Secretary is responsible for the adjudication of applications for adjustment of status filed pursuant to §245 of the Immigration and Nationality Act (INA), 8 USC §1255. The Citizenship and Immigration Service is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

4. Defendant Emilio T. Gonzalez is the Director of the Citizenship and Immigration Service and its Chief Executive Officer.

5. Defendant Robert Mueller III is the Director of the Federal Bureau of Investigation. He is responsible for administration of national security checks for aliens applying for permanent residence.

6. Defendant MICHAEL B. MUKASEY is the Attorney General of the United States. He is responsible for the administration of the Federal Bureau of Investigation.

7. Defendant Ruth A. Dorochoff, District Director, is an official of the Citizenship and Immigration Services generally charged with supervisory authority over all operations of the CIS within her District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiff' application for lawful permanent resident status were properly filed.

**JURISDICTION:**

8. This is a civil action brought pursuant to 28 USC secs. 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendant and those working under him to perform duties he owes to the Plaintiff.

9. Jurisdiction is also conferred by 5 USC sec. 704. Plaintiff is aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Courts. 5 USC secs. 702 *et seq.*

10. The aid of the Court is invoked under 28 USC secs. 2201 and 2202, authorizing a declaratory judgment.

11. Costs and attorneys fees will be sought pursuant to the Equal Access to Justice Act, 5 USC sec. 504, and 28 USC 2412(d), *et seq.*

**VENUE:**

12. Venue is proper in Chicago, Illinois and the Northern District of Illinois since the Defendant District Director has her principal place of business there.

**REMEDY SOUGHT:**

13. Plaintiff seeks to have the Court compel the District Director of the CIS to adjudicate the I-485 application for adjustment of status as to lawful permanent resident which the Plaintiff filed with the Defendant CIS on January 14, 2005.

## CAUSE OF ACTION:

14. Plaintiff Vida Noble applied for adjustment of status as to lawful permanent resident of the United States of America under 8 USC §1255 based on her marriage to Arthur Noble, a citizen of the United States.

15. Plaintiff filed her case with the District Director of Chicago CIS (formerly Immigration and Naturalization Service), on January 14, 2005.

16. On August 23, 2005 Defendant CIS conducted Plaintiff's interview. At the time of the interview, District Adjudicating Officer (DAO) examined proof of bona fide marriage presented by Ms. Noble and her husband. After the interview DAO stated that decision could not be made at that time, and that DAO would notify Plaintiff about the CIS decision by mail within 60 days after the interview.

17. On or about March 2, 2006, more than 6 months after adjustment of status interview, Plaintiff filed an inquiry regarding the status of her case. On April 21, 2006 Defendant District Director replied to Plaintiff's inquiry stating that the Defendant needs additional time to adjudicate Plaintiff's case. A copy of Defendant's response to Ms. Noble's inquiry is attached as Exhibit A.

18. On or about June 1, 2006 Plaintiff filed her second inquiry, inquiring about the status of her case again. On June 22, 2006 Defendant Dorochoff replied to Plaintiff's inquiry stating that the Defendant needs additional 90 days to adjudicate Plaintiff's case. A copy of Defendant Dorochoff's response to Ms. Noble's inquiry is attached as Exhibit B.

19. On September 20, 2006 ninety days after CIS response, Plaintiff filed her third inquiry regarding the status of her case. On October 5, 2006 Defendant CIS responded that Defendant needs additional time to adjudicate Plaintiff's case and advised Plaintiff to contact CIS after 6 months. A copy of Defendant's response to Plaintiff's third inquiry is attached as Exhibit C.

20. On March 14, 2007 Plaintiff filed her fourth inquiry with CIS regarding the status of her case. On March 21, 2007 Defendant responded with the similar boiler-plate response stating that additional 6 months is needed to adjudicate Plaintiff's case. A copy of Defendant's response to Plaintiff's fourth inquiry is attached as Exhibit D.

21. Plaintiff's application for adjustment of status has now remained unadjudicated for more than three years since it was originally filed on January 14, 2005

22. Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and the Defendant's own promise to adjudicate said application in 60 days.

23. Defendant's willful and unreasonable delay and refusal to adjudicate Plaintiff's application deprives Plaintiff of the right to a decision on her status and the peace of mind to which Plaintiff is entitled.

24. Plaintiff has been greatly damaged by the failure of Defendant to act in accord with their duties under the law:

(a) Specifically, Plaintiff Vida Noble is not eligible to obtain permission to travel abroad as provided by 8 CFR §245.2(a)(4) during the pendency of her application. Thus, Ms. Noble is deprived from the right to travel until her case is adjudicated.

(b) Plaintiff has further been damaged in that her employment authorization is tied to her status as applicant to permanent residency, and is limited to increments not to exceed one year. *8CFR §274a.12(c)(9)*. Therefore, Plaintiff is forced to repeatedly apply (and pay) for extensions of employment authorization, to continued inconvenience and harassment of Plaintiff.

(c) Plaintiff has further been damaged by simply being deprived of the status of lawful

permanent residents during the interminable pendency of her applications.

25. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

26. Plaintiff has made numerous status inquiries by herself in an attempt to secure adjudication of her and her husband's applications.

27. Plaintiff has no administrative remedies. There are no administrative remedies provided for neglect of duty.

28. Mandamus is appropriate because there is no other remedy at law. But Plaintiff seeks to compel a decision to be made, in terms of both mandamus and in terms of the Administrative Procedures Act for administrative action wrongfully withheld.

**PRAYER**

WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays as follows:

A. For an order of Mandamus requiring the Defendant to act on the Application for Permanent Residence (I-485).

B. For an Order, declaring that Defendant's actions in refusing to act on the Plaintiff's Application are arbitrary, capricious and abuse of discretion.

C. For Attorney's fees as the Court deems necessary and proper to compensate the Plaintiff for the wrongful refusal and act on the Plaintiff's Application for Permanent Residence.

D. Plaintiff further prays that if the decision is adverse to her, that the decision includes

justification an explanation to preclude the sense of retaliation for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the CIS.

   E.  For such other relief as the Court may deem fit.

>                       Respectfully submitted,
>
>                       s/Aurelius Butvilas
>                       _____
>                       Attorney for Plaintiff

Law Offices of Aurelius Butvilas
20 South Clark, Suite 500
Chicago, IL 60603
312/580-1217

7



**U.S. Citizenship and Immigration Services**

April 21, 2006

Viwa Noble
8071 S. Kilpatrick Ave.
Chicago, IL 60652

RE: A099242390

Dear Applicant,

The US Citizenship and Immigration Services have received your inquiry regarding the status of your I-485 application for adjustment of status to that of legal permanent residency. Our records indicate that your case is under further review by the adjudicating officer along with the assistance of other agencies pertaining to the bona-fide of the documented evidence you submitted in support of your application and/or petition for the immigration benefit you are seeking to obtain. Cases are referred for additional review for a variety of reasons, which in the interest of upholding the United States immigration laws both in terms of enforcement and in terms of rights to privacy, may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render a final decision in a timely manner.

Sincerely,

*[signature]*

Gerard Heinauer
District Director

FGH: JNL



Vioa Noble
8071 S. Kilpatrick
Chicago, IL 60652

June 22, 2006

Re: A99 242 390

Dear Mrs. Noble,

This is in response to your inquiry. Our records indicate that your case is under further review by the adjudicating officer. All evidence submitted by you in support of the application and/or petition for the immigration benefit being sought is being examined.

Cases may require additional review for a variety of reasons. When it is in the interest of upholding the United States immigration laws both in terms of enforcement and rights to privacy, that information may not be disclosed. It is difficult to predict with accuracy when this review will be completed. Every effort is being made to render an accurate and final decision in a timely manner. We ask that you allow at least 90 days for a response before inquiring again.

We thank you for your understanding and patience.

Sincerely,

Ruth A. Dorochoff
Acting District Director

RAD:ems





**U.S. Department of Homeland Security**
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Thursday, October 5, 2006

VIDA NOBLE
8071 S KILPATRICK AVENUE
CHICAGO IL 60652

Dear Vida Noble:

On 09/20/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-05-110-11887 |
| **Beneficiary (if you filed for someone else):** | Noble, Vida |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 10-05-2006 03:05 PM EDT - MSC-05-110-11887





U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

# U.S. Citizenship and Immigration Services

Wednesday, March 21, 2007

VIDA NOBLE
8071 SOUTH KILPATRICK AVE.
CHICAGO IL 60652

Dear VIDA NOBLE:

On 03/14/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | MSC-05-110-11887 |
| **Beneficiary (if you filed for someone else):** | NOBLE, VIDA |
| **Your USCIS Account Number (A-number):** | A099242390 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 03-21-2007 10:38 AM EDT - MSC-05-110-11887

EXHIBIT