# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED: APRIL 16, 2008
08CV2169   TC
JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ

**(a) PLAINTIFFS**
VIDA NOBLE

**DEFENDANTS**
Michael Chertoff, Michael Mukasey, Robert Mueller III, Emilio T. Gonzalez, Ruth A. Dorochoff (CIS)

**(b)** County of Residence of First Listed Plaintiff: COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LAW OFFICES OF AURELIUS BUTVILAS
20 S. CLARK ST., SUITE 500, CHICAGO, IL 60603
PHONE: 312-580-1217   FAX: 312-372-7076

Attorneys (If Known)
U.S. ATTORNEY

## II. BASIS OF JURISDICTION
[X] 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
28 USC 1331, 1361 Complaint for Mandamus

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 04/16/2008
SIGNATURE OF ATTORNEY OF RECORD
s/ Aurelius Butvilas