# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| VIDA NOBLE (Plaintiff) v. MICHAEL CHERTOFF, Secretary of DHS et al (Defendant) | FILED: APRIL 16, 2008 08CV2169    TC JUDGE ZAGEL MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Vida Noble Plaintiff

| NAME (Type or print) |
|---|
| Aurelius Butvilas |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Aurelius Butvilas |

| FIRM |
|---|
| Law Offices of Aurelius Butvilas |

| STREET ADDRESS |
|---|
| 20 S. Clark St., Suite - 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| No. 6271538 | Phone:(312)580-1217  Fax:(312)372-7076 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐