## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2169                    Assigned/Issued By: J. N.

Judge Name: ZAGEL                         Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2699904_____

Date Payment Rec'd: 4-16-08_____           Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons
☐ Third Party Summons                        ☐ Lis Pendens
☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                *(Victim, Against and $ Amount)*
                                             ☐ Other
☐ Writ _____                _____
         *(Type of Writ)*                    _____
                                             *(Type of issuance)*

5____ Original and 0_____ copies on 4-16-08_____ as to EMILIO T. GONZALEZ;_____
                                       *(Date)*
MICHAEL CHERTOFF; MICHAEL MUKASEY; ROBERT MUELLER, III; RUTH A. DOROCHOFF
_____
; U.S .ATTNY